# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | |
|---|---|
| JAMES MOYER, et al.<br><br>        Plaintiff,<br><br>v.<br><br>GOVERNMENT EMPLOYEES INSURANCE COMPANY, et al.,<br><br>        Defendants. | Case No. 2:23-CV-00578<br><br>Judge Michael H. Watson<br><br>Magistrate Judge Deavers |

## NOTICE OF APPEAL BY PLAINTIFFS

Notice is hereby given that Plaintiffs James Moyer, Alyssa Palermo, Vincent Harris, Brandon Harris, and Nathaniel McCrracken (collectively "Plaintiffs") hereby appeal to the United States Court of Appeals for the Sixth Circuit from the Opinion and Order granting Defendants' Motion to Dismiss entered in this action on December 1, 2023 (Doc. 56).

Respectfully submitted,

*/s/ Tiffany L. Carwile*
Damion M. Clifford (0077777)
Gerhardt A. Gosnell II  (0064919)
Stefanie L. Coe (0078265)
Tiffany L. Carwile (0082522)
ARNOLD & CLIFFORD LLP
115 W. Main St., 4th Floor
Columbus, Ohio  43215
Ph: (614) 460-1600
Email:    dclifford@arnlaw.com
              ggosnell@arnlaw.com
              scoe@arnlaw.com
              tcarwile@arnlaw.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

    I hereby certify that on December 18, 2023, I electronically filed the instant notice using the Court's CM/ECF system, which will electronically serve all parties that have entered an appearance in this matter.

                                                */s/ Tiffany L. Carwile*
                                                Tiffany L. Carwile