**AO 450 (Rev. 5/85) Judgment in a Civil Case

## UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF OHIO

JUDGMENT IN A CIVIL CASE

James Moyer,

      vs.                                      Case No. 2:23-cv-578

Government Employees Insurance Company, *et al.*,        **Judge Michael H. Watson**

[ ] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ ] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.** This action was decided by the Court without a trial or hearing.

IT IS ORDERED AND ADJUDGED that pursuant to the December 1, 2023 Opinion and Order, the Defendants' Motion to Dismiss is GRANTED.

Date: **April 1, 2024**        **Richard Nagel, Clerk**

                                                    s/ Jennifer Kacsor

                                                   By Jennifer Kacsor/Courtroom Deputy