IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**JAMES MOYER,**

    **Plaintiff,**

                                          **Case No. 2:23-cv-578**
                                          **Judge Michael H. Watson**
    **v.**                                      **Magistrate Judge Elizabeth P. Deavers**

**GOVERNMENT EMPLOYEES
INSURANCE COMPANY,** *et al.*,

    **Defendants.**

## ORDER

At the parties' request, the Court held a discovery conference in this case on March 25, 2025.  Upon review of the parties' additional authority submitted after the conference, and upon consultation with the assigned District Judge's chambers, the Court holds in abeyance its ruling on the current discovery matter.   Consistent with this conclusion, the Court grants an extension of time for the completion of the corporate deposition currently scheduled for March 31, 2025, until a date after a ruling on the matter.

    **IT IS SO ORDERED.**


Date: March 27, 2025                                                     /s/ *Elizabeth A. Preston Deavers*
                                                              ELIZABETH A. PRESTON DEAVERS
                                                              UNITED STATES MAGISTRATE JUDGE